a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HUEY C VALLAIRE #507541,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00814<br>SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOHN DOE ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 (ECF No. 6) filed by pro se Plaintiff Huey C. Vallaire ("Vallaire"). Vallaire is an inmate in the custody of the Louisiana Department of Public Safety and Corrections, housed at the Rayburn Correctional Center in Angie, Louisiana. Vallaire alleges that he was denied constitutionally adequate medical care at Catahoula Correctional Center ("CCC") and Madison Parish Correctional Center ("MPCC").

To determine if Vallaire is entitled to relief, he must AMEND the Complaint.

I. Background

Vallaire alleges that he was attacked by 20 inmates at CCC, resulting in injuries to his eye, ribs, and scalp. ECF No. 6 at 4. Vallaire alleges that a nurse put medical glue on his eye, but his other injuries remained untreated. *Id.* Four days later, he was transferred to MPCC. Despite his requests for medical care, he was placed in an isolation cell at MPCC without shoes or access to a shower for 50 days.

1

*Id.* Vallaire was eventually transferred to Elayn Hunt Correctional Center where he was diagnosed with fractured ribs.

## II. Law and Analysis

Purusant to Rule 8(a)(2) of the Federal Rules of Civil Procedure, a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." The pleading standard that Rule 8 announces does not require "detailed factual allegations," but demands more than an "unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009) (citations omitted). A pleading that offers "labels and conclusions" or "a formulaic recitation of the elements of a cause of action will not do." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Vallaire seeks punitive damages from Defendants John and Jane Doe. However, a Complaint cannot be served on unidentified individuals. Vallaire must amend his Complaint to state:

> (1) the name(s) of EACH person who allegedly violated Plaintiff's constitutional rights (or a description of the person from which identity can be gleaned);
>
> (2) a description of what actually occurred AND what EACH Defendant did to violate Plaintiff's rights;
>
> (3) the dates on which he requested medical care at CCC and MPCC and to whom each request was made;
>
> (4) the place and date(s) that EACH event occurred; and
>
> (5) a description of the injury sustained from EACH alleged violation.

### III. Conclusion

Because Vallaire must provide additional information to support his claims, IT IS ORDERED that he AMEND his Complaint within 30 days of the date of this Order.

Failure to comply with this Order may result in dismissal of this action under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure. Petitioner is further required to notify the Court of any change in his address under Rule 41.3 of the Local Rules for the Western District of Louisiana.

SIGNED on Friday, August 19, 2022.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE