UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HUEY C. VALLAIRE #507541** | **CASE NO. 1:22-CV-00814, SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHN DOE, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Huey C. Vallaire's civil rights Complaint [Doc. No. 6] is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA**, this 24th day of October 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**